| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

**Eastern District of New York**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 45-2909258 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 43-20 54th Road | |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| Maspeth            NY      11378 | |
| City                     State      ZIP Code | City                     State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Queens County | |
| County | Number        Street |
| | |
| | City                     State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP. | Case number (if known) |
|--------|----------------------------------------------------|------------------------|
|        | Name                                               |                        |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

238910

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY

         District _____  When _____  Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                       MM / DD / YYYY

         Case number, if known _____

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                           Number        Street

_____

_____    _____   _____
City                                         State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

            Contact name _____

                  Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/24/2020
MM  / DD / YYYY

✖ /s/ Frank Roma                          Frank Roma
Signature of authorized representative of debtor     Printed name

Title  President

---

**18. Signature of attorney**

✖ /s/ JOSEPH FAZIO                     Date  08/24/2020
Signature of attorney for debtor           MM   / DD / YYYY

JOSEPH FAZIO
Printed name

Joseph A. Fazio, Esq.
Firm name

94 Willis Avenue  FL 2
Number        Street

Mineola                              NY          11501
City                                 State        ZIP Code

5166849765                           jfazio@prolawgroup.com
Contact phone                        Email address

JF6494                               NY
Bar number                           State

---

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of New York<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ...........................................................................    $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................    $ ____354,950.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .............................................................................    $ ____354,950.00

---

**Part 2:    Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............    $ ____290,150.36

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................    $ ____77,813.57

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................    **+** $ ____837,061.59

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b                                                                                         $ ____1,205,025.52

---

**Fill in this information to identify the case:**

Debtor name _____ PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP. _____

United States Bankruptcy Court for the: _Eastern District of New York_

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | New York State Insurance Fund 8 Corporate Center Dr 2nd Flr. Melville, NY, 11747 | 888.875.5790 | insurance premiums | | | | 281,727.92 |
| 2 | THE BURLINGTON INSURANCE COMPANY 437 Madison Ave New York, NY, 10022 | | insurance deductibles | Unliquidated | | | 58,951.26 |
| 3 | Herc Rentals 27500 Riverview Center Blvd. 1st Floor Bonita Springs, FL, 34134 | Pamela A. Bartley (239) 301-1495 Pamela.Bartley@hercrentals.com | Suppliers or Vendors | | | | 58,739.04 |
| 4 | SUPERIOR PAYMENT PLAN LLC 6450 TRANSIT ROAD Whitestone, NY, 11357 | | Monies Loaned / Advanced | Unliquidated | | | 53,465.08 |
| 5 | Knight Funding | | Monies Loaned / Advanced | | | | 50,000.00 |
| 6 | CAN CAPITAL 2015 Vaughn Road Suite 500 Kennesaw, GA, 30144 | 877-3008282 | | | | | 47,229.84 |
| 7 | Eugene A. Bartow Insurance Agency, Inc 62 South Second St., Suite C Deer Park, NY, 11729 | 631-242-4745 | insurance premiums | | | | 33,143.79 |
| 8 | TRI BOROUGH SCAFFOLDING AND HOISTING INC. 35-06 Farrington Street Flushing, NY, 11354 | | Suppliers or Vendors | Disputed Unliquidated | | | 28,470.38 |

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP.

Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | NIE Trucking 54-45 63rd Place Maspeth, NY, 11378 | Joe Niewinski 718-478-5613 | Services | | | | 28,362.50 |
| 10 | Distribution International 9000 RAILWOOD DRIVE Whitestone, NY, 11357 | 713-428-3700 | Suppliers or Vendors | | | | 28,101.98 |
| 11 | DISTRIBUTION INTERNATIONAL, INC. 9000 RAILWOOD DRIVE Houston, TX, 77078 | | Suppliers or Vendors | Unliquidated | | | 28,101.98 |
| 12 | AFCO Credit Corporation 110 William Street #29 New York, NY, 10038 | | insurance | Unliquidated | | | 18,031.47 |
| 13 | The Tax Advocate Group, LLC 75-16 Metropolitan Ave Middle Village, NY, 11379 | 877-TAX-1040 | Services | | | | 16,682.71 |
| 14 | UNITED FUEL SERVICE LLC 245 RUSSEL ST BROOKLYN, NY, 11357 | | Suppliers or Vendors | Unliquidated | | | 13,771.92 |
| 15 | The Blue Book Building & Construction Network 800 E Main St, Jefferson Valley, NY, 10535 | 800-431-2584 | Services | | | | 11,921.20 |
| 16 | CODI TRANSPORT, LTD P.O. BOX 3231 Farmingdale, NY, 11735 | 631-694-6001 | Services | | | | 11,492.00 |
| 17 | Uriel Trucking LLC 2507 New Brunswick Ave, South Plainfield, NJ, 07080 | (732) 200-8013 | Services | | | | 9,959.38 |
| 18 | Independence Carting Inc P.O. Box 3283 Church Street Station New York, NY, 1008-3283 | 718-302-4503 | Services | | | | 9,027.73 |
| 19 | Caterpillar Financial Svcs. Corp. 2120 West End Ave P.O. Box 340001 Nashville, TN, 37203 | 800-651-0567 | Credit Card Debt | | | | 6,969.00 |
| 20 | HOME DEPOT CREDIT SERVICES PO Box 790340 St. Louis, MO, 63179-0340 | 800-395-7363 | Credit Card Debt | | | | 6,924.49 |

| Fill in this information to identify the case: |
| --- |
| Debtor name    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP. |
| United States Bankruptcy Court for the: **Eastern District of New York** |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2. Cash on hand**                                                                          $ 0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Radius Bank | Checking | 7  0  7  1 | $ 0.00 |
| 3.2. | See continuation sheet | | | $ 201,850.00 |

**4. Other cash equivalents** *(Identify all)*

4.1. _____     $_____
4.2. _____     $_____

**5. Total of Part 1**                                                                    $ 201,850.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____     $_____
7.2. _____     $_____

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF          Case number (*if known*)_____
           _____
           Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.          $_____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

                                                                          **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:    _____  –  _____  = ........➔    $_____
                                 face amount              doubtful or uncollectible accounts

   11b. Over 90 days old:       _____  –  _____  = ........➔    $_____
                                 face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $_____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

                                                        **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____    _____    $_____

   14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                    % of ownership:

   15.1._____    _____%    _____    $_____

   15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____    _____    $_____

   16.2._____    _____    $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.          $_____

---

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF | Case number (if known)_____ |
|---|---|---|
| | Name | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>desk, file cabinets, chairs | $_____ | thrift store pricing | $ 500.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>desktop computer | $_____ | thrift store pricing | $ 500.00 |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 1,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF

Name    Case number (if known)_____

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | _____ | $ 152,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    | $ 152,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF | Case number (if known)_____ |
|---|---|---|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>internet URL: pinnacledemolition.com<br>_____ | $_____ | _____ | $ 100.00<br>_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 100.00

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF    Case number *(if known)*_____
_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

<h2>Part 11:  All other assets</h2>

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

<table>
<tr><td></td><td>Current value of debtor's interest</td></tr>
</table>

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➜    $_____
                                     Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor ___PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF___
      Name

Case number (*if known*)_____

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 201,850.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 152,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 354,950.00 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ $ 354,950.00      $ 354,950.00

| Debtor 1 | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CO | | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name    Middle Name        Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

**PONCE BANK**            **Checking**              **1646**

**Balance: 201,850.00**

**TD Bank**              **Checking**              **5873**

**Balance: 0.00**


**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**2020 Link-Belt**                    **used equipment    137,000.00**
**350X3 Excavator**                    **pricing**

**Allied "Rammer"**                                        **0.00**
**concrete breaking**
**hammer**

**Cat Model 246D**                    **used equipment    15,000.00**
**loader**                            **pricing**

**Fill in this information to identify the case:**

Debtor name _____PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP._____

United States Bankruptcy Court for the: ___Eastern District of New York___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Caterpillar Financial Services Corp.

Describe debtor's property that is subject to a lien
Cat Model 246D loader

$ 17,830.36      $ 15,000.00

Creditor's mailing address
2120 West End Avenue
P.O. Box 340001, Buffalo, NY 37203-0001

Describe the lien
Agreement you made

Creditor's email address, if known
NABC.CustomerService@cat.com

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    07/07/2016

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    -000

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

**2.2** Creditor's name
COMMERCIAL CREDIT GROUP

Describe debtor's property that is subject to a lien
2020 Link-Belt 350X3 Excavator

$106,320.00      $137,000.00

Creditor's mailing address
400 Essjay Road
Suite 340, Buffalo, NY 14221

Describe the lien
Agreement you made

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    _____
Last 4 digits of account number    _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 290,150.36

| | |
|---|---|
| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP. |
| | Name |

Case number (*if known*) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
Financial Pacific
_____

**Creditor's mailing address**

3455 S. 344th Way
Ste 300, Federal Way, WA 98001
_____

**Creditor's email address, if known**

finpac@finpac.com
_____

**Date debt was incurred** _____
**Last 4 digits of account number**    -301

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Allied "Rammer" concrete breaking hammer

$16,000.00     $0.00

**Describe the lien**

Agreement you made
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
U.S. Small Business Administration
_____

**Creditor's mailing address**

409 3rd St, SW
Washington, DC 20416
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   06.15.2020
**Last 4 digits of account number**   7902

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

cash collateral

$150,000.00     $150,000.00

**Describe the lien**

Agreement you made
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| ABC-AMEGA<br>500 Seneca Street<br>Suite 400<br>Buffalo, NY, 14204-1963 | Line 2. 1 | 4689 |
| Commercial Credit Group Inc.<br>525 N. Tryon St.<br>Suite 1000<br>Charlotte, NC, 28202 | Line 2. 2 | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |

**Fill in this information to identify the case:**

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP.

United States Bankruptcy Court for the:   Eastern District of New York

Case number
(if known)                            

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA, 19101-7346

As of the petition filing date, the claim is: $ 33,000.00      $ 33,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2018-2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**          

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2**   **Priority creditor's name and mailing address**
New York City Department of Transportation
55 Water Street
9th Floor
New York, NY, 10041

As of the petition filing date, the claim is: $ 22,849.00      $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**   9677

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3**   **Priority creditor's name and mailing address**
New York State Dept. of Taxation and Finance
PO Box 5300
Albany, NY, 12205-0300

As of the petition filing date, the claim is: $ 6,000.00      $ 6,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2018-2019

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**          

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.⁴ Priority creditor's name and mailing address**

U.S. Department of Labor - Occupational Safety
and Health Administration
201 Varick Street
Room 908
New York, NY, 10014

$ 15,964.57        $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._____ Priority creditor's name and mailing address**

$_____        $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._____ Priority creditor's name and mailing address**

$_____        $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._____ Priority creditor's name and mailing address**

$_____        $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Able Rentals Inc.
57-05 Broadway
Woodside, NY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 1,740.07

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Advance Building Products

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 1,538.03

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
AFCO Credit Corporation
110 William Street
#29
New York, NY, 10038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  insurance

$ 18,031.47

**Date or dates debt was incurred**  04/23/2019
**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
AH Harris & Sons, Inc.
P.O. Box 418827
Boston, MA, 02241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 1,427.64

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  2928492

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Brothers Hardware LLC
26 West 38th St.
New York, NY, 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 915.02

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
CALL-A-HEAD
304 Crossbay Blvd.
Broad Channel, NY, 11693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 829.57

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  PINNACLEDE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP. | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.7** Nonpriority creditor's name and mailing address

CAN CAPITAL
2015 Vaughn Road
Suite 500
Kennesaw, GA, 30144

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 47,229.84

---

**3.8** Nonpriority creditor's name and mailing address

CASSONE LEASING, INC.
1900 LAKELAND AVE.
Ronkonkoma, NY, 11779

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    02/01/2019

Last 4 digits of account number    16768

$ 70.77

---

**3.9** Nonpriority creditor's name and mailing address

Caterpillar Financial Svcs. Corp.
2120 West End Ave
P.O. Box 340001
Nashville, TN, 37203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    001-0814821-000

$ 6,969.00

---

**3.10** Nonpriority creditor's name and mailing address

CODI TRANSPORT, LTD
P.O. BOX 3231
Farmingdale, NY, 11735

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11,492.00

---

**3.11** Nonpriority creditor's name and mailing address

Distribution International
9000 RAILWOOD DRIVE
Whitestone, NY, 11357

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 28,101.98

---

Debtor ___PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP.___          Case number (*if known*)_____
        Name

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**          **Amount of claim**

**3.** 12  **Nonpriority creditor's name and mailing address**

DISTRIBUTION INTERNATIONAL, INC.
9000 RAILWOOD DRIVE

Houston, TX, 77078

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Suppliers or Vendors

$ 28,101.98

Date or dates debt was incurred    02/28/2018

Last 4 digits of account number   _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 13  **Nonpriority creditor's name and mailing address**

Eugene A. Bartow Insurance Agency, Inc
62 South Second St.,
Suite C
Deer Park, NY, 11729

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** insurance premiums

$ 33,143.79

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 14  **Nonpriority creditor's name and mailing address**

Fastenall
2001 Theurer Blvd.
Winona, MN, 55987

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

$ 1,059.56

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 15  **Nonpriority creditor's name and mailing address**

FedEx

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Services

$ 41.92

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.** 16  **Nonpriority creditor's name and mailing address**

GT Rentals

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,096.72

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor  PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP.
_____
Name

Case number *(if known)*_____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** ⁱ⁷ **Nonpriority creditor's name and mailing address**

HD Supply Construction Supply,  Ltd.
501 W. Church Street
Orlando, FL, 32805-2247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 385.89

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  10000220560

---

**3.** ¹⁸ **Nonpriority creditor's name and mailing address**

Herc Rentals
27500 Riverview Center Blvd.
1st Floor
Bonita Springs, FL, 34134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 58,739.04

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  2938120

---

**3.** ¹⁹ **Nonpriority creditor's name and mailing address**

HOME DEPOT CREDIT SERVICES
PO Box 790340
St. Louis, MO, 63179-0340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,924.49

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  1266

---

**3.** ²⁰ **Nonpriority creditor's name and mailing address**

Independence Carting Inc
P.O. Box 3283
Church Street Station
New York, NY, 1008-3283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,027.73

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** ²¹ **Nonpriority creditor's name and mailing address**

Johnny on the Spot
3168 Bordentown Avenue
Old Bridge, NJ, 08857

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,133.43

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  028855

---

Debtor  PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP.

       Name

Case number (*if known*)_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.**<sup>22</sup> **Nonpriority creditor's name and mailing address**

Knight Funding

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 50,000.00

---

**3.**<sup>23</sup> **Nonpriority creditor's name and mailing address**

MCKINNEY WELDING SUPPLY CO., INC.
1145 Bronx River Avenue
Bronx, NY, 10472-3101

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   02536

$ 191.46

---

**3.**<sup>24</sup> **Nonpriority creditor's name and mailing address**

MTA

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 328.50

---

**3.**<sup>25</sup> **Nonpriority creditor's name and mailing address**

New York State Insurance Fund
8 Corporate Center Dr
2nd Flr.
Melville, NY, 11747

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** insurance premiums

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   Q 2196 120-6

$ 281,727.92

---

**3.**<sup>26</sup> **Nonpriority creditor's name and mailing address**

NIE Trucking
54-45 63rd Place
Maspeth, NY, 11378

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 28,362.50

---

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP.

_____    Case number *(if known)*_____
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 27   **Nonpriority creditor's name and mailing address**

Pay-O-Matic Check Cashing and Financial Svcs.
166-30 Jamaica Ave
2nd Flr.
Jamaica, NY, 11432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,775.94

---

**3.** 28   **Nonpriority creditor's name and mailing address**

Pinnacle Commercial Develpoment Inc.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,830.00

---

**3.** 29   **Nonpriority creditor's name and mailing address**

Rafael Marine

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** personal injury claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Undetermined

---

**3.** 30   **Nonpriority creditor's name and mailing address**

Rent A Throne
9 Lattice Ct
Whitestone, NY, 11357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    591_____

$ 2,455.00

---

**3.** 31   **Nonpriority creditor's name and mailing address**

Robert Ligansky, Esq.
75 Maiden Ln.
Suite 239
New York, NY, 10038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,500.00

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 32  **Nonpriority creditor's name and mailing address**

Site Compli, LLC
22 West 19th Street,
8th Floor
New York, NY, 10011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,471.61

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 33  **Nonpriority creditor's name and mailing address**

SUPERIOR PAYMENT PLAN LLC
6450 TRANSIT ROAD
Whitestone, NY, 11357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 53,465.08

**Date or dates debt was incurred** 07/07/2019

**Last 4 digits of account number** 1103-259085

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 34  **Nonpriority creditor's name and mailing address**

The Blue Book Building & Construction Network
800 E Main St,
Jefferson Valley, NY, 10535

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 11,921.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 01015638

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 35  **Nonpriority creditor's name and mailing address**

THE BURLINGTON INSURANCE COMPANY
437 Madison Ave
New York, NY, 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** insurance deductibles

$ 58,951.26

**Date or dates debt was incurred** 04/01/2017

**Last 4 digits of account number** HGL0039599

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 36  **Nonpriority creditor's name and mailing address**

The Rental Company

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 784.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP.    Case number (if known)_____
          Name

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    **Amount of claim**

---

**3.** 37    **Nonpriority creditor's name and mailing address**

The Tax Advocate Group, LLC
75-16 Metropolitan Ave
Middle Village, NY, 11379

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 16,682.71

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    PINN9258

---

**3.** 38    **Nonpriority creditor's name and mailing address**

Tiffany Lumber Co., Inc.
422 East 165th Street
Bronx, NY, 10456

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 2,667.79

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 39    **Nonpriority creditor's name and mailing address**

TRI BOROUGH SCAFFOLDING AND HOISTING
INC.
35-06 Farrington Street

Flushing, NY, 11354

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ 28,470.38

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred    03/04/2015

Last 4 digits of account number    _____

---

**3.** 40    **Nonpriority creditor's name and mailing address**

UNITED FUEL SERVICE LLC
245 RUSSEL ST
BROOKLYN, NY, 11357

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

$ 13,771.92

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred    03/05/2018

Last 4 digits of account number    _____

---

**3.** 41    **Nonpriority creditor's name and mailing address**

Uriel Trucking LLC
2507 New Brunswick Ave,
South Plainfield, NJ, 07080

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 9,959.38

**Basis for the claim:** Services

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.** 42  **Nonpriority creditor's name and mailing address**

Williams Security
2055 HARRISON AVE
Bronx, NY, 10453

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 1,745.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.____  Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____  Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____  Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____  Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Citi Cards<br>541 Sid Martin Rd<br>Gray, TN, 37615 | Line 3.19<br>☐ Not listed. Explain: | 1266 |
| 4.2. | Citi Cards<br>541 Sid Martin Rd<br>Gray, TN, 37615 | Line 3.19<br>☐ Not listed. Explain | 1266 |
| 4.3. | City Marshal Henry Daly<br>1 Cross Island Plaza<br>Rosedale, NY, 11422 | Line 3.35<br>☐ Not listed. Explain | 1540 |
| 4.4. | EUGENE A BARTOW INSURANCEAGENCY INC.<br>62C S SECOND ST<br>Deer Park, NY, 11729 | Line 3.25<br>☐ Not listed. Explain | 20-6 |
| 41. | Irwin Meyers Esq. / Meyers, Saxon & Cole<br>3620 Quentin Road<br>Brooklyn, NY, 11234 | Line 3.12<br>☐ Not listed. Explain | _____ |
| 4.5. | Joseph Capobianco, Esq. / Reisman Peirez Reisman & Capobianco LLP<br>1305 Franklin Avenue<br>PO Box 119<br>Garden City, NY, 11530 | Line 3.40<br>☐ Not listed. Explain | _____ |
| 4.6. | Krentsel & Guzman LLP<br>17 Battery Place<br>Suite 604<br>New York, NJ, 10004 | Line 3.29<br>☐ Not listed. Explain | _____ |
| 4.7. | MCCARTHY,  BURGESS & WOLFF<br>26000 Cannon Road<br>Cleveland, OH, 44146 | Line 3.34<br>☐ Not listed. Explain | 8714 |
| 4.8. | Michael A. Borg, Esq. / Soffer, Rech & Borg, LLP<br>48 Wall Street<br>26th Floor<br>New York, NY, 10005 | Line 3.35<br>☐ Not listed. Explain | 9599 |
| 4.9. | NYS Dept. of Finance - Treasury & Payment Svcs. Div.<br>59 Maiden Ln<br>28th Floor<br>New York, NY, 10038 | Line 2.2<br>☐ Not listed. Explain | OATH ID 400209€ |
| 4.10. | Rauch-Milliken International, Inc.<br>PO Box 8390<br>Metairie, LA, 70011-8390 | Line 3.14<br>☐ Not listed. Explain | 2239 |
| 4.11. | Revenue Assurance Partners<br>19399 Helenberg Rd.<br>Ste. 5 & 6<br>Covington, LA, 70433 | Line 3.41<br>☐ Not listed. Explain | _____ |

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP.
_____
                Name

Case number (if known)_____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.<u>13</u> | Sean C.  McPhee, Esq.<br>125 Main Street<br><br>Buffalo, NY, 14203-8400 | Line <u>3.33</u><br>☐ Not listed. Explain | <u>9085</u> |
| 4.<u>14</u> | Sherry H. Lin, Esq. / Law Office of Michael P. Berkley, P.C.<br>385 Stewart Avenue<br>Suite 306<br>Garden City, NY, 11530 | Line <u>3.39</u><br>☐ Not listed. Explain | _____ |
| 4.<u>15</u> | Smith Carroad Levy Wan & Parikh, P.C.<br>P.O. BOX 49<br>Commack, NY, 11725 | Line <u>3.13</u><br>☐ Not listed. Explain | <u>0288</u> |
| 4.<u>16</u> | THE STUTTMAN LAW GROUP, P.C.<br>709 WESTCHESTER AVENUE<br>Suite 300<br>Whitestone, NY, 11357 | Line <u>3.32</u><br>☐ Not listed. Explain | <u>7145</u> |
| 4.<u>17</u> | Timothy J. Murtha, Esq.  / Roach & Murtha Attorneys at Law, P.C.<br>500 Bi County Blvd<br>Suite 475<br>Farmingdale, NY, 11735 | Line <u>3.3</u><br>☐ Not listed. Explain | _____ |
| 4.__ | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.__ | | Line _____<br>☐ Not listed. Explain _____ | _____ |

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP.
_____
            Name

Case number (*if known*)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 77,813.57 |
| 5b. **Total claims from Part 2** | 5b. + | $ | 837,061.59 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 914,875.16 |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of New York</td></tr>
<tr><td>Case number (If known):</td><td>Chapter 11</td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of New York</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

❑ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 | | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | _____ | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name _____PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP._____

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): _____

❑ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ❑ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From 08/01/2019<br>MM / DD / YYYY  to | Filing date | ❑ Operating a business<br>❑ Other | $ _____ 0.00 |
   | **For prior year:** | From 08/01/2017<br>MM / DD / YYYY  to | 07/31/2018<br>MM / DD / YYYY | ☑ Operating a business<br>❑ Other | $ ____ 2,612,599.00 |
   | **For the year before that:** | From _____<br>MM / DD / YYYY  to | _____<br>MM / DD / YYYY | ❑ Operating a business<br>❑ Other | $ _____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ❑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** | From 08/01/2019<br>MM / DD / YYYY  to | Filing date | _____ | $ _____ 0.00 |
   | **For prior year:** | From 08/01/2018<br>MM / DD / YYYY  to | 07/31/2019<br>MM / DD / YYYY | _____ | $ _____ 0.00 |
   | **For the year before that:** | From 08/01/2017<br>MM / DD / YYYY  to | 07/31/2018<br>MM / DD / YYYY | _____ | $ _____ 0.00 |

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF

Name    Case number *(if known)*_____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name _____ _____ | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. | _____ Creditor's name _____ _____ | _____ _____ _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ Insider's name _____ _____ **Relationship to debtor** _____ | _____ _____ _____ | $_____ | |
| 4.2. | _____ Insider's name _____ _____ **Relationship to debtor** _____ | _____ _____ _____ | $_____ | |

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF
_____
Name

Case number (if known)_____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | COMMERCIAL CREDIT GROUP<br>Creditor's name<br>400 Essjay Road<br>Suite 340<br>Buffalo, NY 14221 | 2020 Link-Belt 350X3 Excavator | 03/2020 | $ 137,000.00 |
| 5.2. | Commercial Credit Group Inc.<br>Creditor's name<br>400 Essjay Road<br>Suite 340<br>Buffalo, NY 14221 | replevin | 06/2020 | $ 137,000.00 |

---

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Distribution International Inc. v. Pinnacle Demolition & Environmental Services Corp. and Frank Roma<br><br>**Case number**<br><br>519490/2019 | collection / breach of contract | Supreme Court of the State of New York, Kings County<br><br>360 Adams Street<br>Brooklyn, NY 11201 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Superior Payment Plan LLC v. Pinnacle Demolition and Environmental Services Corp.<br><br>**Case number**<br><br>81400/2019 | collection of payments due under | Supreme Court of the State of New York, Erie County<br><br>25 Delaware Ave.<br>Buffalo, NY 14202 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

---

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF | Case number (if known)_____ |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | Case title | Court name and address |
| | _____ | _____ |
| | Case number | Name |
| | _____ | |
| | Date of order or assignment | |
| | _____ | |

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Joseph A. Fazio, Esq. | | | |
| | **Address** | | _____ | $ 16,000.00 |
| | 94 Willis Ave<br>Mineola, NY 11501 | | | |
| | **Email or website address**<br>jfazio@prolawgroup.com | | | |
| | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF
_____    Case number *(if known)*_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | Address | | | |
| | | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | Address | | | |
| | | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 11-12 Clintonville St.<br>Whitestone, NY 11357 | From | 03/2018 | To 10/2019 |
| 14.2. | | From | _____ | To _____ |

Debtor   PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF          Case number (if known)_____
_____
Name

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF
_____
Name

Case number *(if known)* _____

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Radius Bank<br>Name<br>1 Harbors Street<br>Boston, MA 02210 | XXXX– 7071 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 04/01/2020 | $ 0.00 |
| 18.2. | TD Bank<br>Name<br>148-08 Cross Island Pkwy<br>Whitestone, NY 11357 | XXXX– 5873 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 12/21/2019 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>21 W. Shore Rd.<br>Roslyn, NY | Frank Roma<br><br>Address<br>23-04 149th Street<br>Whitestone, NY 11378 | small tools and supplies | ☐ No<br>☑ Yes |

---

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF | Case number (if known)_____ |
|---|---|---|
| | Name | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF
          Name                                                              Case number (*if known*)_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | Business name and address<br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | Business name and address<br>_____<br>Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF
_____
Name

Case number (*if known*)_____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | Certus LP | From _____ |
| | Name | To _____ |
| | 486 Sunrise Hwy., Suite 100-C, Rockville Centre NY 11570 | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | | From _____ |
| | Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | Certus LP | From _____ |
| | Name | To _____ |
| | 486 Sunrise Hwy., Suite 100-C, Rockville Centre NY 11570 | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | | From _____ |
| | Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Certus LP | |
| | Name | |
| | 486 Sunrise Hwy., Suite 100-C, Rockville Centre NY 11570 | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF    Case number (if known)_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

| Debtor | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF | Case number (if known)_____ |
|--------|--------|--------|
| | Name | |

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | _____ | _____ | $_____ |
| | Name and address of the person who has possession of inventory records | | |
| 27.2. | _____ | | |
| | Name | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Frank Roma | 23-04 149th Street, Whitestone, NY 11357 | President, Sole Shareholder | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | _____ | _____ | _____ | |
| | Name | | _____ | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | _____ | | _____ | |

Debtor    PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES COF      Case number *(if known)*_____
_____
Name

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | _____ | | | |
| | Name | | | |

| Relationship to debtor | |
|---|---|
| _____ | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/24/2020
_____
MM  / DD  / YYYY

✖ /s/ Frank Roma                                    Printed name  Frank Roma
_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

---

| Debtor Name | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CO | Case number *(if known)* _____ |
|---|---|---|

## **Continuation Sheet for Official Form 207**

**7) Legal Actions**

**AFCO Credit Corp. v. Pinnacle Demolition and Environmental Services Corp.**

**CV-31404-19/QU**

**collection / breach of contract**

**Civil Court of the City of New York, Queens County**

**89-17 Sutphin Blvd., Jamaica, NY 11435**

**Pending**

**-------**

**Tri Borough Scaffolding and Hosting Inc. v. Roosevelt Parc LLC, et al.**

**705711/2018**

**breach of contract / foreclosure of mechanic's lien**

**Supreme Court of the State of New York, Queens County**

**88-11 Sutphin Blvd., Jamaica, NY 11435**

**Pending**

**-------**

**The Burlington Insurance Co. v. Pinnacle Demolition and Environmental Services Corp.**

**710838/2016**

**collection of unpaid insurance deductibles**

**Supreme Court of the State of New York, New York County**

**60 Centre Street, New York, NY 10007**

**Pending**

**-------**

**United Fuel Service LLC v. Pinnacle Demolition and Environmental Services Corp.**

**513503/2019**

**collection / breach of contract**

**Supreme Court of the State of New York, Kings County**

**360 Adams Street, Brooklyn, NY 11201**

**Pending**

**-------**

| Debtor Name | PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CO | Case number *(if known)*_____ |

### Continuation Sheet for Official Form 207

**Rafael Marine v. Pinnacle Demolition and Environmental Services Corp., et al.**

**36273/2017E**

**personal injury**

**Supreme Court of the State of New York, Bronx County**

**851 Grand Concourse, Bronx, NY 10451**

**Concluded**

**-------**

**Commercial Credit Group Inc.**

**20-CVS-10535**

**collections**

**South Carolina General Court Of Justice,   Superior Court Division, Mecklenburg County**

**832 E 4th Street, Charlotte, NC 28202**

**Pending**

**-------**

**Pinnacle Demolition and Environmental Services Corp. v. Commercial Credit Group Inc.**

**706736/2020**

**replevin**

**Supreme Court of the State of New York, Queens County**

**8811 Sutphin Blvd., Jamaica, NY 11435**

**Pending**

**-------**

**Fill in this information to identify the case and this filing:**

Debtor Name ___PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP.___

United States Bankruptcy Court for the: ___Eastern District of New York___

Case number (*If known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___08/24/2020___          ✖ /s/ Frank Roma
          MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                  Frank Roma
                                  Printed name

                                  President
                                  Position or relationship to debtor

United States Bankruptcy Court

Eastern District of New York

In re: PINNACLE DEMOLITION AND
ENVIRONMENTAL SERVICES CORP.

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date: _____08/24/2020_____

/s/ Frank Roma
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

ABC-AMEGA
500 Seneca Street
Suite 400
Buffalo, NY 14204-1963

Able Rentals Inc.
57-05 Broadway
Woodside, NY

Advance Building Products

AFCO Credit Corp.
110 William Street
New York, NY 10038

AFCO Credit Corporation
110 William Street
New York, NY 10038

AH Harris & Sons, Inc.
P.O. Box 418827
Boston, MA 02241

Brothers Hardware LLC
26 West 38th St.
New York, NY 10018

CALL-A-HEAD
304 Crossbay Blvd.
Broad Channel, NY 11693

CAN CAPITAL
2015 Vaughn Road
Suite 500
Kennesaw, GA 30144

CASSONE LEASING, INC.
1900 LAKELAND AVE.
Ronkonkoma, NY 11779

Caterpillar Financial Services Corp.
2120 West End Avenue
P.O. Box 340001
Buffalo, NY 37203-0001

Caterpillar Financial Svcs. Corp.
2120 West End Ave
P.O. Box 340001
Nashville, TN 37203

Citi Cards
541 Sid Martin Rd
Gray, TN 37615

City Marshal Henry Daly
1 Cross Island Plaza
Rosedale, NY 11422

CODI TRANSPORT, LTD
P.O. BOX 3231
Farmingdale, NY 11735

COMMERCIAL CREDIT GROUP
400 Essjay Road
Suite 340
Buffalo, NY 14221

Commercial Credit Group
525 N. Tryon Street
Suite 1000
Charlotte, NC 28202

Commercial Credit Group Inc.
525 N. Tryon St.
Suite 1000
Charlotte, NC 28202

Commercial Credit Group Inc.
400 Essjay Road
Suite 340
Buffalo, NY 14221

Distribution International
9000 RAILWOOD DRIVE
Whitestone, NY 11357

Distribution International Inc.
9000 Railwood Drive
Houston, TX 77078

DISTRIBUTION INTERNATIONAL, INC.
9000 RAILWOOD DRIVE
Houston, TX 77078

EUGENE A BARTOW INSURANCEAGENCY INC.
62C S SECOND ST
Deer Park, NY 11729

Eugene A. Bartow Insurance Agency, Inc
62 South Second St.,
Suite C
Deer Park, NY 11729

Fastenall
2001 Theurer Blvd.
Winona, MN 55987

FedEx

Financial Pacific
3455 S. 344th Way
Ste 300
Federal Way, WA 98001

GT Rentals

HD Supply Construction Supply,  Ltd.
501 W. Church Street
Orlando, FL 32805-2247

Herc Rentals
27500 Riverview Center Blvd.
1st Floor
Bonita Springs, FL 34134

HOME DEPOT CREDIT SERVICES
PO Box 790340
St. Louis, MO 63179-0340

Independence Carting Inc
P.O. Box 3283
Church Street Station
New York, NY 1008-3283

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Irwin Meyers Esq. / Meyers, Saxon & Cole
3620 Quentin Road
Brooklyn, NY 11234

Johnny on the Spot
3168 Bordentown Avenue
Old Bridge, NJ 08857

Joseph Capobianco, Esq. / Reisman Peirez Reis
1305 Franklin Avenue
PO Box 119
Garden City, NY 11530

Knight Funding

Krentsel & Guzman LLP
17 Battery Place
Suite 604
New York, NJ 10004

MCCARTHY,  BURGESS & WOLFF
26000 Cannon Road
Cleveland, OH 44146

MCKINNEY WELDING SUPPLY CO., INC.
1145 Bronx River Avenue
Bronx, NY 10472-3101

Michael A. Borg, Esq. / Soffer, Rech & Borg,
48 Wall Street
26th Floor
New York, NY 10005

MTA

New York City Department of Transportation
55 Water Street
9th Floor
New York, NY 10041

New York State Dept. of Taxation and Finance
PO Box 5300
Albany, NY 12205-0300

New York State Insurance Fund
8 Corporate Center Dr
2nd Flr.
Melville, NY 11747

NIE Trucking
54-45 63rd Place
Maspeth, NY 11378

NYS Dept. of Finance - Treasury & Payment Svc
59 Maiden Ln
28th Floor
New York, NY 10038

Pay-O-Matic Check Cashing and Financial Svcs.
166-30 Jamaica Ave
2nd Flr.
Jamaica, NY 11432

Pinnacle Commercial Develpoment Inc.

Rafael Marine

Rauch-Milliken International, Inc.
PO Box 8390
Metairie, LA 70011-8390

Rent A Throne
9 Lattice Ct
Whitestone, NY 11357

Revenue Assurance Partners
19399 Helenberg Rd.
Ste. 5 & 6
Covington, LA 70433

Robert Ligansky, Esq.
75 Maiden Ln.
Suite 239
New York, NY 10038

Sean C.  McPhee, Esq.
125 Main Street
Buffalo, NY 14203-8400

Sherry H. Lin, Esq. / Law Office of Michael P
385 Stewart Avenue
Suite 306
Garden City, NY 11530

Site Compli, LLC
22 West 19th Street,
8th Floor
New York, NY 10011

Smith Carroad Levy Wan & Parikh, P.C.
P.O. BOX 49
Commack, NY 11725

SUPERIOR PAYMENT PLAN LLC
6450 TRANSIT ROAD
Whitestone, NY 11357

Superior Payment Plan LLC
6450 Transit Road
Depew, NY 14043

The Blue Book Building & Construction Network
800 E Main St,
Jefferson Valley, NY 10535

THE BURLINGTON INSURANCE COMPANY
437 Madison Ave
New York, NY 10022

The Burlington Insurance Company
437 Madison Avenue
New York, NY 10022

The Rental Company

THE STUTTMAN LAW GROUP, P.C.
709 WESTCHESTER AVENUE
Suite 300
Whitestone, NY 11357

The Tax Advocate Group, LLC
75-16 Metropolitan Ave
Middle Village, NY 11379

Tiffany Lumber Co., Inc.
422 East 165th Street
Bronx, NY 10456

Timothy J. Murtha, Esq.  / Roach & Murtha Att
500 Bi County Blvd
Suite 475
Farmingdale, NY 11735

TRI BOROUGH SCAFFOLDING AND HOISTING INC.
35-06 Farrington Street
Flushing, NY 11354

Tri Borough Scaffolding and Hosting Inc.
35-06 Farrington Street
Flushing, NY 11354

U.S. Department of Labor - Occupational Safet
201 Varick Street
Room 908
New York, NY 10014

U.S. Small Business Administration
409 3rd St, SW
Washington, DC 20416

UNITED FUEL SERVICE LLC
245 RUSSEL ST
BROOKLYN, NY 11357

United Fuel Service LLC
245 Russell Street
Brooklyn, NY 11222

Uriel Trucking LLC
2507 New Brunswick Ave,
South Plainfield, NJ 07080

Williams Security
2055 HARRISON AVE
Bronx, NY 10453

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Eastern District of New York

**In re** PINNACLE DEMOLITION AND ENVIRONMENTAL SERVICES CORP.

Case No. _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✔] FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 16,000.00 _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $ 16,000.00 _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

[ ] RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   [✔] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [✔] Debtor          [ ] Other (specify)

4. [ ] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [✔] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Drafting and filing of bankruptcy petition and related documents to be filed therewith pursuant to Chapter 11 Subchapter V and local requirement of the Eastern District of New York;  Drafting of debtors Chapter 11 Subchapter V plan.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

a. Motions to revoke a discharge.
b. Removal of a pending action in another court.
c. Obtaining title reports.
d. The determination of real estate or tax liens.
e. Appeals to the BAP, District Court of Court of Appeals.
f. Correcting credit reports.
g. Motions to Dismiss clients? bankruptcy case filed by the Trustee, U.S. Trustee, or any creditor.
h. Any adversary proceeding filed by the Trustee, U.S. Trustee, or any other party on any basis, including, without limitations, proceedings to determine dischargeability of debts.
i. Preparing reaffirmation agreements, negotiating the terms of reaffirmation agreements proposed by creditors, motions to redeem personal property, and negotiating reaffirmation agreements when Client?s income is not sufficient to rebut the presumption of undue hardship and special circumstances do not warrant the signing of a reaffirmation agreement.
j. Motion to impose or extend the bankruptcy stay.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/24/2020
_____

*Date*

/s/ JOSEPH FAZIO, JF6494
_____

*Signature of Attorney*

Joseph A. Fazio, Esq.
_____

*Name of law firm*

94 Willis Avenue
FL 2
Mineola, NY 11501
5166849765
jfazio@prolawgroup.com